In the Matter of the Claim of HAZEL SHEPPARD, Made on Behalf of REGINALD FLUDD, Respondent, against ALBERT J. DEMPS et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

Argued February 19, 1945; decided March 1, 1945.

*Nathaniel L. Goldstein, Attorney-General (Isaac Frank* of counsel), for motion to dismiss appeal and in opposition to cross motion.

*Floyd Coursen* for cross motion and in opposition to motion to dismiss appeal.

Motion to dismiss appeal granted and appeal dismissed, with costs, and ten dollars costs of motion.

Motion to amend notice of appeal denied. [See 294 N. Y. 772.]